John Duran
476 North E Street
Porterville, California 93257

Plaintiff Pro se

Eric John Duran
476 North E Street
Porterville, California 93257

Plaintiff Pro se

FILED
MAY 23 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
MAY 20 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

John Duran,
Eric John Duran,

　　Plaintiff/s,

Vs.

City of Porterville,
John Lollis,
Porterville City Council, et al.,

　　Defendant/s.

Case No. 1:22-CV-00614 DAD-SAB

CIVIL COMPLAINT

MISAPPROPRIATION OF PUBLIC FUNDS, FRAUD IN THE COLLECTION OF BUILDING PERMIT FEES, DERELICTION IN ENFORCMENT OF PUBLIC ORDINANCES DENYING THE PUBLIC EQUAL PROTECTION UNDER THE LAW

DEMAND FOR JURY TRIAL AT COMMON LAW

Plaintiff/s John Duran and Eric John Duran complain as follows:

**GENERAL ALLEGATIONS**

1.

1. This action arises under the supremacy clause, United States Constitutional Article VI declares that all laws made in pursuance of the Constitution and all treaties made under the authority of the United States shall be the supreme law of the land and shall enjoy legal superiority over any provision of a State constitution or law. This Court has venue in this action pursuant to 28 U.S.C. Section 1391, as the events giving rise to this action occurred within this judicial district.

2. Plaintiff/s John Duran and Eric John Duran are residents of the United States and were at all times relevant, and remain, domiciled within the County of Tulare, State of California.

3. Plaintiff/s are informed and believe that each of the individual Defendant, City of Porterville, Porterville City Manager John Lollis, and all members of the Porterville City Council, reside in the State of California, and that all are residents of Tulare County.

4. Defendant City of Porterville is named herein as a public entity incorporated or chartered, and operating, pursuant to the law of the State of California. As defendant City of Porterville acts by and through its executive staff Porterville City Manager John Lollis. Oversite of all issues and items in dispute are noticed, reviewed, and thus denied or

2.

approved by all members of the Porterville City Council. All Council members are elected by the residents, taxpayers within the City of Porterville. It is the responsibility of the City Manager to oversee the designation, appropriation, allocation, and spending of all public funds.

5. The City Manager, John Lollis and the Porterville City Council have and are neglecting their duties to lawfully disburse and/or collect public funds, wherefore all funds are subject for distribution and funds should be utilized to serve in the best interest of the taxpayers.

6. It is the responsibility of the City Manager and City Council to afford city residents a safe and sound environment.

## FIRST COUNT:

The City of Porterville via the City Manager John Lollis with the approval of the City Council is engaging in expansion of home development within a district that currently is affecting residents with unnecessary mental stress and placing residents and their school children in an unsafe environment due to the congesting of traffic, thus denying residents and the children of safe traveling routes to and from school and their residential district. Defendant/s have neglected to divert taxpayers monies to very much needed areas within the city. The city currently has a number of streets that

3.

have gone unpaved, lacking of road curbs, safe lighted streets, and no street stop lights. Currently traffic is backs up, one to two miles, and residents are beginning to take their frustrations against each other. Taxpayer monies that was given to the city under the Covid aide relief bill was unconstitutionally distributed via Covid vaccination bribes. Much of Taxpayers monies was given to business in very large amount with no oversite. City of Porterville were never made aware or informed as to which business benefit from the relief funds. Taxpayers need to be informed as to how their taxes are being spent. The City is currently converting a building into a dog shelter within the city's main center of business, moreover, in a residential low income area. The city is demonstrating that they don't really care how much noise will result following the placement of a dog pound in the vicinity of a low income neighborhood.

## SECOND COUNT:

On or about a year ago the city via the City Planning Department started to unconstitutionally and fraudulently collect fees from resident that were having swimming pools built at their homes. The fees were to be used for handicap access. The fees for handicap access construction lacked a city plan, code, and ordinance. The fees charged ranged from $2000.00 to

$5000.00 and because the lack of a plan there was no set time frame as to when the handicap access construction would start. According to the City Building Department it could be one- two months, one or two years, depending as to when the city would get to the areas affected. This is the practice of "FRAUD" and "EXTORTION" of monies.

### THIRD COUNT

There is currently a homeless encampment next to a public park. The area was flooded with water due to the recent rain storms. The people camping in the area are in noncompliance to already established city ordinances. Due to the city position of neglect to enforce said ordinances the people are defecating and urinating in the area, contaminating the environment and placing all residents in an unhealthy and safe situation. The encampment is standing in the locations and very short distances from a preschool, elementary school, and a child care center. Due to the neglect to enforce safety conditions the city has neglected to screen the people associated with particular encampment, and it is a fact that there is at least one known person that is currently awaiting trial and accused of child molestation. City management and the City Council have probably not taken interest in securing the safety and health condition of the local

5.

residents in this particular district because for several months they participated in meeting and associating with a recent and previous council member that is also currently facing criminal charges for child molestation. The citizens deserve to know why the public was never noticed as to the criminal behavior of this council member. The State and Federal Constitution mandate and guarantee equal protection to every citizen residing in any city, county or state within the United States.

## CONCLUSION AND PRAYER FOR RELIEF

The Plaintiff/s John Duran and Eric John Duran demand that all Defendant/s move to ensure meaningful representation from all elected officials associated with the City of Porterville. The Plaintiff/s demand that any expansion of housing development causing unsafe conditions to residents in the affected areas be review and corrected by the Porterville Planning Department, furthermore, a demand that the City Planning Department move to improve the neglected areas within the city that require safe residing conditions. The Plaintiff/s demand that the City of Porterville publish the names of the businesses that benefit from the Covid relief monies and afford transparency. The Plaintiff/s, moreover,

demand that the City of Porterville clean up the homeless neglect within the City limits and remove child molesters from the vicinity of the Salud Park, Belleview Elementary School, Belleview Preschool, and Krayola Corner Day Care Center. Should Defendants choose to avoid correction of all the counts of abuse caused by all Defendants then Plaintiff /s demand reparation of $50,000,000.00 (Fifty million dollars) to be placed in a trust account for every resident affected by the abuse.

**THE PLAINTIFF/S PRAY THAT THE COURT FINDS that the Defendants abused their position of power by imposing mental stress, unsafe living environment, fraud in the wrongful collection of construction fees practices, and condoning the representation of an accused child molester within the chambers of the Porterville City council and neglect to provide notice of allegations to the public.**

This action is brought before this court under the penalty of perjury and under state and federal laws.

John Duran
Plaintiff Pro se                    Dated: May 1, 2022

Eric John Duran
Plaintiff Pro se                    Dated: May 1, 2022